PD-0292-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2015 11:54:39 AM
Accepted 12/29/2015 4:56:36 PM
ABEL ACOSTA
CLERK

# DAVID A. PEARSON, P.L.L.C.

### ATTORNEY AND COUNSELOR AT LAW

222 W. Exchange Avenue, Ste. 103
Fort Worth, Texas 76164



**BOARD CERTIFIED®**

Criminal Law-2000
Criminal Appellate Law-2011
Texas Board of Legal Specialization

Phone (817) 625-8081
Fax (817) 625-8038
Email: david@lawbydap.com
www.lawbydap.com

29 December 2015

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

   *RE:* *Oral Argument*
     *Jennifer Banner Wolfe v. State of Texas*
     *Court of Criminal Appeals, No. PD-0292-15*
     *Trial Court Case No. 1200447D*

Dear Mr. Acosta:

I received the Court's notice of oral argument scheduled for 3 February 2016 at 9:00 a.m., in the above-referenced case. By copy of this letter I have notified opposing Counsel of my intent to appear for oral argument.

Very truly yours,

DAVID A. PEARSON, P.L.L.C.

By: _____
David A. Pearson, IV

FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2015

ABEL ACOSTA, CLERK

cc: Hon. Tanya S. Dohoney, Assistant District Attorney
   Hon. Lisa McMinn, SPA